NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
BILLY JOE MCLAIN (Cal. Bar No. 290682)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6702
    Facsimile: (213) 894-0141
    E-mail:   billy.mclain@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. ED-19-MJ-418 |
|---|---|
|      Plaintiff, | EX PARTE APPLICATION TO UNSEAL DOCKET |
|      v. | |
| ANTHONY ALLEN BENNETT, | |
|      Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and Assistant United States Attorney, Billy Joe McLain, hereby files this ex parte application to unseal the docket in the above-referenced case and the following search warrants and warrant applications: Nos. CR ED-19-0415-M, CR ED-19-0416-M, and CR ED-0417-M.  Counsel for Defendant was contacted on August 13 about the application to unseal and has not objected.

Defendant Bennett's initial appearance before a judicial officer of the Court, pursuant to a criminal complaint, occurred on

August 9, 2019.  He is currently in custody.  The search warrants identified above were executed on August 8, 2019.  Because Defendant Bennett has made his initial appearance and the search warrants have been executed, the government moves to unseal the docket in this matter and the related search warrants and warrant applications.

Dated: August 15, 2019          Respectfully submitted,

                                NICOLA T. HANNA
                                United States Attorney

                                BRANDON D. FOX
                                Assistant United States Attorney
                                Chief, Criminal Division


                                      /s/
                                _____
                                Billy Joe McLain
                                Assistant United States Attorneys

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA